**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    James Peoples<br>    Denise Peoples<br>               Debtor(s) | Case No. 16 B 22047 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/08/2016.

2) The plan was confirmed on 10/19/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/03/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/13/2017, 07/12/2018.

5) The case was Dismissed on 09/10/2018.

6) Number of months from filing to last payment: 21.

7) Number of months case was pending: 31.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $26,756.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $26,756.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,174.36 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,674.36

Attorney fees paid and disclosed by debtor:  $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Advocate Medical Group | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 155.45 | NA | NA | 0.00 | 0.00 |
| Associated Laboratory Phys SC | Unsecured | 344.60 | NA | NA | 0.00 | 0.00 |
| ATT Wireless/Cingular | Unsecured | 521.25 | NA | NA | 0.00 | 0.00 |
| Bayview Loan Servicing LLC | Secured | 273,216.51 | 324,326.35 | 324,326.35 | 0.00 | 0.00 |
| Bayview Loan Servicing LLC | Secured | 41,758.74 | 56,400.79 | 41,758.74 | 15,639.88 | 0.00 |
| Bluestem Brands Fingerhut | Unsecured | 1,048.71 | NA | NA | 0.00 | 0.00 |
| Bluestem Brands Fingerhut | Unsecured | 136.76 | NA | NA | 0.00 | 0.00 |
| Brickyard Bank | Secured | 430,095.41 | NA | NA | 0.00 | 0.00 |
| Candica LLC | Unsecured | 2,212.11 | NA | NA | 0.00 | 0.00 |
| Cap One/HSBC | Unsecured | 870.30 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Secured | 29,667.39 | 23,767.54 | 23,767.54 | 0.00 | 0.00 |
| CCS/First National Bank | Unsecured | 357.00 | NA | NA | 0.00 | 0.00 |
| Christopher G. Walsh | Unsecured | 794.27 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 373.00 | NA | NA | 0.00 | 0.00 |
| Consult in Pathology | Unsecured | 646.00 | NA | NA | 0.00 | 0.00 |
| Consult in Pathology | Unsecured | 216.00 | NA | NA | 0.00 | 0.00 |
| Cook County | Priority | 474.61 | NA | NA | 0.00 | 0.00 |
| Credit One/LVNV/FNBM | Unsecured | 880.81 | NA | NA | 0.00 | 0.00 |
| Denovus Corp/ATT Wireless | Unsecured | 1,253.20 | NA | NA | 0.00 | 0.00 |
| Denovus/Fingerhut | Unsecured | 2,170.61 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 20,214.16 | 22,230.08 | 22,230.08 | 0.00 | 0.00 |
| DirecTV | Unsecured | 261.07 | NA | NA | 0.00 | 0.00 |
| GE Cap Corp/Care Credit | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| GEMB/Walmart | Unsecured | 866.67 | NA | NA | 0.00 | 0.00 |
| HomePlus Finance | Secured | 14,421.19 | NA | NA | 0.00 | 0.00 |
| HomePlus Finance | Secured | 652.03 | 0.00 | 652.03 | 244.20 | 0.00 |
| HSBC/Capital One | Unsecured | 403.44 | NA | NA | 0.00 | 0.00 |
| HSBC/Nautilus | Unsecured | 1,328.00 | NA | NA | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 0.00 | 2,015.55 | 2,015.55 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 2,205.42 | 3,910.42 | 3,910.42 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Unsecured | 0.00 | 128.69 | 128.69 | 0.00 | 0.00 |
| Keynote Consulting | Unsecured | 528.85 | 528.85 | 528.85 | 0.00 | 0.00 |
| Kurtz Ambulance Service Inc | Unsecured | 1,290.00 | NA | NA | 0.00 | 0.00 |
| LVNV Funding LLC | Unsecured | 2,457.34 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Secured | 15,800.00 | 19,840.37 | 15,800.00 | 5,010.79 | 1,186.77 |
| Portfolio Recovery Associates | Unsecured | NA | 4,040.37 | 4,040.37 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 1,002.63 | 1,002.63 | 1,002.63 | 0.00 | 0.00 |
| Radiology Imaging Cons-Harvey | Unsecured | 1,325.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 1,258.48 | 1,563.27 | 1,563.27 | 0.00 | 0.00 |
| Sprint | Unsecured | 220.38 | NA | NA | 0.00 | 0.00 |
| Sullivan Urgent Aid Centers Ltd | Unsecured | 0.00 | 803.00 | 803.00 | 0.00 | 0.00 |
| Surgical Care Associates | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless | Unsecured | 1,457.63 | NA | NA | 0.00 | 0.00 |
| William B. Evans MD SC | Unsecured | 1,035.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $324,326.35 | $0.00 | $0.00 |
| Mortgage Arrearage | $42,410.77 | $15,884.08 | $0.00 |
| Debt Secured by Vehicle | $39,567.54 | $5,010.79 | $1,186.77 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$406,304.66** | **$20,894.87** | **$1,186.77** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,910.42 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$3,910.42** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$32,312.44** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,674.36 |
| Disbursements to Creditors | $22,081.64 |
| **TOTAL DISBURSEMENTS:** | **$26,756.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/31/2019　　　　　　　　　　By:/s/ Marilyn O. Marshall
　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**